IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2007.**

    Defendant's unopposed Motion to Amend Caption [filed November 16, 2007; doc #8] is **granted**. The Clerk of the Court is directed to change the Defendant's name to reflect "Shawn Barrow."