IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2008.**

    Defendant's Motion to Compel Discovery [filed June 6, 2008; doc #25] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A and 37.1.[1]

---

[1] Counsel filed a certification pursuant to "F.R.C.P. 121 § 1-15(8)"; however, no such rule exists.