IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2008.**

    Defendant's second Motion for Rule 35 Examination of Plaintiff [filed May 30, 2008; doc #23] is **granted**. Plaintiff is ordered to appear for an examination pursuant to Fed. R. Civ. P. 35 on June 26, 2008 at 10:00 a.m. with Thomas Borris D.D.S. at 402 Garden of the Gods Road, Colorado Springs, Colorado. The examination will consist of a one-hour, noninvasive examination, to continue until completed. The exam will be performed in a private exam room setting. Prior to the examination, Dr. Borris will review the medical records provided by the requestor. During the exam, Dr. Borris will discuss with the examinee her medical history and current complaints. Dr. Borris will perform a general exam to include a course of palpation to the alleged injured area, taking measurements for range of motion of the jaw/mouth opening, and listening to the temporomandibular joints with a stethoscope. Defendant shall be responsible for all costs associated with this examination and with Plaintiff's travel from Spokane, WA to attend the examination. Counsel for the parties are directed to work together to make such travel arrangements.

    Defendant's Motion for Extension to File 26(a)(2) Expert Disclosures [doc #23] is **granted**. Defendant shall submit its expert disclosures within ten days following the Rule 35 examination.

    Defendant's Motion for Attorneys' Fees and Costs [doc #23] is **denied**. The Court finds no bad faith, but rather, a simple miscommunication between the parties.

    Plaintiff's Motion for Attorneys' Fees and Costs [doc #28] is **denied** for the same reason and for failure to comply with D.C. Colo. LCivR 7.1C.