IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2008.**

    Defendant's Amended Motion to Compel Discovery (incorrectly filed as a "motion to amend") [filed June 6, 2008; doc #27] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 37.1.[1]

---

[1] Again, counsel is reminded that no such rule, "F.R.C.P. 121 § 1-15(8)," exists in this Court.