IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 18, 2008.**

    Defendant's unopposed Motion for Leave to File out of Time her Reply to Plaintiff's Response to Defendant's Second Amended Motion to Compel [Filed July 17, 2008; Docket #44] is **granted**. Defendant's Reply docket #45 is accepted as timely filed.