IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2008.**

    Defendant's Unopposed Motion for Continuance of October 3, 2008 Settlement Conference [filed September 24, 2008; docket # 59] is **granted**. The Court will discuss with the parties an alternate date for a continued settlement conference at the Final Pretrial Conference on October 7, 2008.