IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

     Plaintiff,

v.

SHAWN BARROW,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2008.**

     Defendant's Motion for Relief from Portions of the Court's August 19, 2008 Minute Order [filed September 26, 2008; docket # 62] is **denied**. No settlement conference is currently set, so as a matter of law, the issue is not ripe for determination. However, in the event another settlement conference is conducted in this case, it is the Court's strong belief that parties with complete authority on both sides need to be present. For an insurance company, this means a representative with the *legal* authority to bind the company to the policy limits. What the insurance company is willing to pay is an entirely separate matter. No party is required to settle a case. This case will not settle unless a proposal is made that the insurance company determines is in its best interest. This is true in every settlement. This case presents nothing new in that regard. As long as the insurance representative has the *legal* authority to agree to the policy limits, what they agree to in settlement as a matter of the internal decisionmaking process of the company is up to the representative.