IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02056-WYD-MEH

TAMMY M. PARDICK,

    Plaintiff,

v.

SHAWN BARROW,

    Defendant.

## ORDER RE: SANCTIONS

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to this Court's order granting Defendant's Motion for Sanctions ("Motion") [docket #80], defense counsel has timely filed an affidavit setting forth a summary of his experience and a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for Defendant's preparation of the Motion, and Plaintiff has timely filed objections to the affidavit. The Court sustains Plaintiff's objection regarding Defendant's preparation and filing of a motion for extension of time to reply to the Motion. However, the Court finds that defense counsel's hourly rate ($112.70) is reasonable and overrules Plaintiff's objections to (1) the time necessary (6 hours) to research and prepare a 9-page motion containing approximately 150 pages of attachments, and (2) the time necessary (1.5 hours) to research and prepare a 3-page reply brief.

WHEREFORE, the Court ORDERS that Plaintiff's counsel be sanctioned in the amount of $856.52, to be paid to counsel for Defendant as a reasonable sanction of attorney's fees. This amount shall be paid no later than February 27, 2009. Counsel for Plaintiff shall file a Notice of

Compliance with Order re: Sanctions **on or before March 2, 2009**.

Dated at Denver, Colorado this 28th day of January, 2009.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge